**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 1:23MJ025 (ZMF) |
| Plaintiff, | : | |
| vs. | : | |
| KYLE MLYNAREK, et al., | : | **NOTICE OF ATTORNEY APPEARANCE** |
| Defendant. | : | |

Undersigned counsel, Andrew Byrd, enters a Notice of Appearance of Co-Counsel on behalf of the Defendant, Kyle Mlynarek, in the above-captioned case. Please add Andrew Byrd to the docket as co-counsel for Mr. Mlynarek. Please forward all Court notifications, correspondence and pleadings to the address listed below.

Respectfully submitted,

STEPHEN C. NEWMAN
Federal Public Defender
Ohio Bar: 0051928

*/s/ Andrew Byrd*
Attorney at Law
Office of the Federal Public Defender
FL Bar: 118587
1660 W.2nd Street, Ste. 750
Cleveland, OH 44113
Telephone: 216-522-4856
E-mail: andrew_byrd@fd.org