Case 1:23-cr-00114-ACR  Document 85  Filed 04/03/24  Page 1 of 2

Use the Tab key to move from field to field on this form.  CO-290
Notice of Appeal Criminal                                    Rev. 3/88

# United States District Court for the District of Columbia

| UNITED STATES OF AMERICA | ) |
|---|---|
| vs. | ) Criminal No. 1:23-cr-114 |
| Kyle Mlynarek | ) |

## NOTICE OF APPEAL

Name and address of appellant:   Kyle Mlynarek
                                 35488 Chicago Street
                                 Livonia, MI 48150

Name and address of appellant's attorney:   Office of the Federal Public Defender for the
                                            Northern District of Ohio
                                            Skylight Office Tower
                                            1660 West Second Street Suite 750
                                            Cleveland, OH 44113

Offense:   Count 2 § 18 U.S.C. 1752(a)(1); Count 3 §18 U.S.C. 1752(a)(2); Count 6 40 U.S.C. § 5104 (e)(2)(D); Count 7 40 U.S.C. § 5104(e)(2)(G)

Concise statement of judgment or order, giving date, and any sentence:
    See attached

Name and institution where now confined, if not on bail:

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

4/2/24                                    [signature]
DATE                                      APPELLANT

                                          [signature]
                                          ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE   [ ]
CJA, NO FEE            [ ]
PAID USDC FEE          [ ]
PAID USCA FEE          [ ]

Does counsel wish to appear on appeal?                          YES [ ]    NO [✔]
Has counsel ordered transcripts?                                YES [ ]    NO [✔]
Is this appeal pursuant to the 1984 Sentencing Reform Act?      YES [ ]    NO [✔]

Judgment entered on March 20, 2024. Defendant sentenced to a concurrent term of incarceration for one hundred(100) days. Defendant also sentenced to a concurrent term of supervised release for twelve(12) months on Counts 2 and 3. Special assessment imposed in the total amount of $70.00. Defendant ordered to pay a fine in the amount of $1000. Defendant ordered to pay restitution in the amount of $500. Defendant approved for voluntary surrender for service of sentence after 4/30/2024. Defendant remains on a personal recognizance bond.